# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-667

———————————————

TERRY G. TRUSSELL,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

August 24, 2018

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

OSTERHAUS, JAY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Inger Garcia, Fort Lauderdale, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.